# PD-1103-15

IN THE COURT OF CRIMINAL APPEALS OF TEXAS

AT AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 25 2015

FILED IN
COURT OF CRIMINAL APPEALS
OCT 01 2015

Abel Acosta, Clerk

MARK ANTHONY YOUNG, PETITIONER

V.

THE STATE OF TEXAS, RESPONDENT.

Abel Acosta, Clerk

MOTION FOR EXTENSION OF TIME TO FILE
PETITON FOR DISCRETIONARY REVIEW

---

APPEAL FROM THE THIRD DISTRICT COURT OF APPEALS, NO. 06-14-00086-CR

TRIAL COURT NO. 29,236, 354th Judicial District Court, OF HUNT COUNTY

TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL APPEALS:

Petitioner MARK ANTHONY YOUNG Respectfully petitions This Court For AN EXTENSION OF TIME in order for petitioner To File With This Court his petition For Discretionary Review of The decision handed down by The Court of Appeals in The Above Styled CAUSE. Petitioner's CONVICTION WAS Affirmed by THE Court of Appeals ON JUNE 25, 2015. Petitioner NEEDS AN EXTENSION OF TIME in order To Adequately Conduct Research And prepare his PDR. Petitioner is A prisoner With limited Access to the prison Law Library And research material Much of The research Petitioner Will require involves submitting request For TeRNET searches For CASElaw Since Texas prison law Libraries londer stock case reporters. Based on All of These reasons, Petitioner requests AN EXTENSION OF TIME UP UNTil AND Including, October 28, 2015 To File his PDR With This Court.

Respectfully. Submitted.

by Mark Anthony Young

MARK ANThony YOUNG


CERTIFICATE OF SERVICE

I hereby certify That I mailed A copy of The Foregoing To The ~~xxxx~~ HUNT County District ATTorney, P.O. Box 441. GreenVille, TX 75403-0441.


Dated: September 21, 2015.

by Mark Anthony Young

MARK ANThony YOUNG

PD._____

IN THE COURT OF CRIMINAL APPEALS OF TEXAS
AT AUSTIN

MARK ANTHONY YOUNG, PETITIONER

V.

THE STATE OF TEXAS, RESPONDENT.

## MOTION TO SUSPEND THE RULE

TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL APPEALS: PETITIONER MARK ANTHONY YOUNG hereby respectfully request This Court's permission to file The original of Petitioner's pleadings in his petition for Discretionary Review matter without the number of copies normally required under This Court's Rules. Petitioner is a prisoner and does not have access to Xeroxing or any other method To make The number of copies normally required by The Rule. WHEREFORE, PREMISES CONSIDERED Petitioner respectfully Request This MOTION be GRANTED.

DATED: September 21, 2015

by Mark Anthony Young

MARK Anthony Young

## CERTIFICATE OF SERVICE

I hereby certify That I mailed A copy of The foregoing To The HUNT County District Attorney P.O. Box 441 GREENVILLE, TX, 75403.0441.

by Mark Anthony Young

DATED: September 21, 2015.

MARK, Anthony Young